IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| TYSON BROWNLEE | ) | |
| and KATRINA BROWNLEE, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 120562N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution. A case management conference was held in this matter on August 1, 2012, during which the parties discussed Plaintiffs' appeal and agreed to a schedule by which Plaintiffs would provide additional information to Defendant. The parties' agreed-upon schedule was memorialized in a Journal Entry issued August 3, 2012.

On August 31, 2012, Defendant filed its Response, stating that "Plaintiff, Tyson Brownlee supplied a faxed letter from his employer" and that letter "supports the Department's position that the Plaintiff was reimbursed, or could have been reimbursed for the expenses that he incurred as an employee." As a result, "Defendant recommends that the case be dismissed."

As stated in the court Journal Entry issued August 3, 2012, Plaintiffs agreed to file a written response to Defendant's recommendations by September 19, 2012. The Journal Entry advised that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiffs' appeal. As of the date of this Decision, the court has not received Plaintiffs' written response or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of September 2012.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on October 1, 2012. The Court filed and entered this document on October 1, 2012.*